608

440 A.2d 1241

Commonwealth v. Moore, Appellant.

Argued January 20, 1981. William W. Spalding, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.

DiSALLE, J., filed a memorandum dissenting opinion.

440 A.2d 1242

Commonwealth v. Reefer, Appellant.

Argued August 31, 1981. Gregory K. Douglass, for appellant; Thomas Monet, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

Order affirmed.